FILED 18 JAN '23 13:33 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00022-IM |
| v. | INDICTMENT |
| GREGG LEON CRAMPTON, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii), 853 |
| | 18 U.S.C. §§ 924(c)(1)(A)(i), 924(d) |
| | 28 U.S.C. § 2461(c) |
| | **Forfeiture Allegations** |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922)(g)(1))**

On or about December 16, 2022, in the District of Oregon, defendant **GREGG LEON CRAMPTON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Unlawful Use of a Weapon, on or about August 13, 2003 in the Circuit Court of the State of Oregon, Union County, Case Number F09842;

(2) Felon in Possession of a Firearm, on or about February 2, 2010 in the District of Oregon, Case Number 6:04-CR-60016-HO,

(3) Unlawful Delivery of Methamphetamine, on or about November 7, 2016 in the Circuit Court of the State of Oregon, Multnomah County, Case Number 16CR58362;

did knowingly and unlawfully possess the following firearm:

(1) a Taurus model 731 Ultralite .32 caliber revolver with an obliterated serial number, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))

On or about December 16, 2022, in the District of Oregon, the defendant, **GREGG LEON CRAMPTON**, did unlawfully and knowingly possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. The grand jury further charges that this violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Offense)
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about December 16, 2022, in the District of Oregon, the defendant, **GREGG LEON CRAMPTON**, unlawfully and knowingly possessed a firearm in furtherance of drug trafficking crimes that may be charged in a court of the United States, namely the offenses charged in Count 2 of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FIRST FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Count 2, and in this indictment, the defendant, **GREGG LEON CRAMPTON**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any offense set forth in Count 2 of this indictment.

### SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Counts 1 or 3, **GREGG LEON CRAMPTON,** defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm(s) and ammunition involved in that offense, including without limitation:

- A Taurus model 731 Ultralite .32 caliber revolver with an obliterated serial number
- Ammunition from a model 731 Ultralite .32 caliber revolver with an obliterated serial number
- 32 caliber ammunition.

Dated: January 18, 2023

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

_____
PAMELA PAASO, TXSB# 24060371
Assistant United States Attorney